MCGREGOR SCOTT
United States Attorney
JAMIE M. PAETZ
Special Assistant U.S. Attorney
412 TW/JA
1 South Rosamond Blvd.
Edwards AFB, California 93524
Phone: (661) 277-4310 / Fax: (661) 277-2887

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 5:18-po-00391-JLT |
| | ) | |
| Plaintiff, | ) | GOVERNMENT'S MOTION AND |
| | ) | PROPOSED ORDER FOR DISMISSAL |
| v. | ) | |
| | ) | |
| JOHN OLSEN, | ) | |
| | ) | |
| Defendant | ) | |

The United States of America, by and through McGregor Scott, United States Attorney, and Jamie M. Paetz, Special Assistant United States Attorney, hereby moves to dismiss Case Number 5:18-po-00391-JLT against JOHN OLSEN without prejudice in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

Dated: January 22, 2019    Respectfully Submitted,
McGregor Scott
United States Attorney

By: PAETZ.JAMIE.MICHELLE.1288148232 Digitally signed by PAETZ.JAMIE.MICHELLE.1288148232
Date: 2019.01.22 17:09:31 -08'

Jamie M. Paetz
Special Assistant United States Attorney

**O R D E R**

IT IS HEREBY ORDERED that Case Number 5:18-po-00391-JLT against JOHN OLSEN be dismissed without prejudice, in the interest of justice.

Dated: January 23, 2019

*/s/ Jennifer L. Thurston*
HON. JENNIFER L. THURSTON
United States Magistrate Judge